IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **BARRETT S. TUNSIL,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 16-cv-1868 |
| | : | |
| **CITY OF PHILADELPHIA, ET AL.,** | : | |
| Defendants. | : | |
| | : | |

# ORDER

**AND NOW**, this *1ˢᵗ* day of June, 2017, upon consideration of the Motion to Dismiss by Defendants Mayor James Kenney, Commissioner Michael Resnick, Warden Gerald May, Deputy Warden Frederick Abello, Deputy Warden Eugene Thompson, and Lieutenant William Mulholland (Docket No. 24), and Plaintiff Barrett Tunsil's Response in Opposition, it is hereby **ORDERED** that:

1. The Defendants' Motion to Dismiss is **GRANTED** in its entirety; and

2. The Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court is directed to mark this case as closed.

It is so **ORDERED**.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.